**Order entered September 18, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01183-CV

### IN RE TROY RANDELL EDMON, Relator

**Original Proceeding from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1371585-N**

## ORDER

Based on the Court's order of this date, we **DENY** relator's petition for writ of mandamus. We **ORDER** relator to bear the costs of this original proceeding.

/s/     DOUGLAS S. LANG
        JUSTICE